IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYELLEN SANDHOLM | : | |
| Plaintiff, | : | |
| | : | NO. 5:17-CV-05602-LS |
| THE HARTFORD | : | |
| Defendant. | : | |

FILED
FEB 07 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

s/  *Kevin L. Orloski*
Kevin L. Orloski, Esq. (PA 90861)
ORLOSKI LAW FIRM
111 N. Cedar Crest Boulevard
Allentown, PA 18104-4602
P: 610.433.2363
klo@orloskilaw.com

*Attorney for Plaintiff*

Date: February 7, 2018

s/  *Brian P. Downey*
Brian P. Downey, Esq. (PA 59891)
PEPPER HAMILTON LLP LLP
100 Market Street, Suite 200
P. O. Box 1181
Harrisburg, PA 17108-1181
P: 717.255.1192
F: 866.422.1305
downeyb@pepperlaw.com

*Attorney for Defendant*

APPROVED BY THE COURT: 2/7/18

_____
Lawrence F. Stengel
Chief United States District Judge